## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IYIBI OMIE-ABBEY,
an individual,

        Plaintiff,

v.

JBS PLAINWELL, INC. ,
a foreign profit corporation,

        Defendant.

Hon. Paul L. Maloney

Magistrate Judge Ray Kent

Case No. 1:21-cv-00135

---

| | |
|---|---|
| William F. Piper (P38636) | Elisa J. Lintemuth (P74498) |
| WILLIAM F. PIPER, PLC | DYKEMA GOSSETT PLLC |
| Attorney for Plaintiff | Attorneys for Defendant |
| 1611 W. Centre Avenue, Suite 209 | 300 Ottawa Avenue N.W., Suite 700 |
| Portage, MI 49024 | Grand Rapids, Michigan 49503 |
| (269) 321-5008 | (616) 776-7500 |
| wpiper@wpiperlaw.com | elintemuth@dykema.com |

---

### STIPULATED ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Upon the stipulation of the parties, and the Court being otherwise advised in the premises:

IT IS ORDERED that Defendant may have an extension of time up to and including March 29, 2021 within which to file an answer to Plaintiff's Complaint.

IT IS SO ORDERED.

Date: _____, 2021    _____
                                                                 Hon. Paul L. Maloney

So stipulated:

*/s/ William F. Piper*
William F. Piper (P38636)
WILLIAM F. PIPER, PLC
Attorney for Plaintiff
1611 W. Centre Avenue, Suite 209
Portage, MI 49024
(269) 321-5008
wpiper@wpiperlaw.com
Dated:  March 4, 2021

*/s/ Elisa J. Lintemuth*
Elisa J. Lintemuth (P74498)
DYKEMA GOSSETT PLLC
300 Ottawa Avenue
Suite 700
Grand Rapids, MI 49503
(616) 776-7500
elintemuth@dykema.com
Dated:  March 4, 2021

121261.000001  4845-5606-9854.1

2